**96–1165.   State ex rel. Gannett Satellite Info. Network v. Shirey.**

In Mandamus.   This cause came on for further consideration pursuant to this court's order of May 14, 1997, granting relator's request for attorney fees against John Shirey and requiring relator to file a bill and documentation in support of its request for attorney fees.   On May 28, 1997, relator filed affidavits in support of attorney fees in the amount of $7,165.   On June 25, 1997, the Clerk of this court received a copy of a letter from counsel for relator showing that counsel for relator and counsel

for respondent had agreed upon the sum of $7,165 and acknowledging receipt of $7,165 by relator in full satisfaction of the attorney fees incurred in this cause.  Upon consideration thereof,

IT IS ORDERED by the court that attorney fees in the amount of $7,165 are granted in this cause and, whereas it appears that the respondent has paid relator this amount in full,

IT IS ORDERED by the court, *sua sponte*, that this matter be, and hereby is, dismissed.